DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BRIAN P. CEBALLO, State Bar #243828
REBECCA A. BERS, State Bar #287111
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3911 [Ceballo]
Telephone:  (415) 554-4224 [Bers]
Facsimile:  (415) 554-3837
E-Mail:  brian.ceballo@sfcityatty.org
E-Mail:  rebecca.bers@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; City of San Francisco Police Officer; DOES 1-50, INCLUSIVE<br><br>　　Defendants. | Case No. 18-cv-01071 HSG<br><br>**STIPULATION AND ORDER SETTING CASE SCHEDULE**<br><br>Trial Date:　　　April 22, 2019 |

## STIPULATION

Pursuant to Docket No. 21, the parties, through counsel, have met and conferred and based on their respective schedules, they stipulate to the following case schedule:

| | | |
|---|---|---|
| 1 | Early Neutral Evaluation: | on or before August 27, 2018 |
| 2 | Close of Non-Monell Discovery: | November 30, 2018 |
| 3 | Deadline for Filing Dispositive Motions: | January 22, 2019 |
| 4 | Deadline for Hearing Dispositive Motions: | February 28, 2019 at 2:00 p.m. |
| 5 | Expert Disclosure: | December 14, 2018 |
| 6 | Rebuttal Expert Disclosure: | January 4, 2019 |
| 7 | Close of Expert Discovery: | January 18, 2019 |
| 8 | Pretrial conference: | April 16, 2019 at 3:00 p.m. |
| 9 | Trial: | April 22, 2019 |

Dated: May 29, 2018

                DENNIS J. HERRERA
                City Attorney
                CHERYL ADAMS
                Chief Trial Deputy
                BRIAN P. CEBALLO
                REBECCA A. BERS
                Deputy City Attorneys

                By:    */s/ Brian P. Ceballo*
                        BRIAN P. CEBALLO

                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO

Dated: May 29, 2018

                THE LAW OFFICES OF JOHN L. BURRIS

                By:  */s/ Patrick M. Buelna*
                      PATRICK M. BUELNA

                Attorneys for Plaintiff
                ANTHONY ECONOMUS

**ORDER**

PURSUANT TO STIPULATION, the foregoing ordered:

| | |
|---|---|
| Early Neutral Evaluation: | on or before August 27, 2018 |
| Close of Non-Monell Discovery: | November 30, 2018 |
| Deadline for Filing Dispositive Motions: | January 22, 2019 |
| Deadline for Hearing Dispositive Motions: | February 28, 2019 at 2:00 p.m. |
| Expert Disclosure: | December 14, 2018 |
| Rebuttal Expert Disclosure: | January 4, 2019 |
| Close of Expert Discovery: | January 18, 2019 |
| Pretrial conference: | April 16, 2019 at 3:00 p.m. |
| Trial: | April 22, 2019 |

IT IS SO ORDERED.

Dated: May 30, 2018

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE