The Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Economus, an individual,<br>　　　　　　　　Plaintiff,<br>vs.<br>City and County of San Francisco, et al,<br>　　　　　　　　Defendants. | Case 4:18-cv-01071-HSG<br><br>[PROPOSED] ORDER FOR PERMISSION TO FILE FIRST AMENDED COMPLAINT<br><br>**Honorable Judge Haywood S. Gilliam, Jr.** |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff shall file his First Amended Complaint within 5 days of this Order. Defendants shall file their Answer 21 days after Plaintiff files his First Amended Complaint.

IT IS SO ORDERED.

Dated: August 6, 2018　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.