1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  BRIAN P. CEBALLO, State Bar #243828
   REBECCA A. BERS, State Bar #287111
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3911 [Ceballo]
   Telephone:    (415) 554-4224 [Bers]
7  Facsimile:    (415) 554-3837
   E-Mail:       brian.ceballo@sfcityatty.org
8  E-Mail:       rebecca.bers@sfcityatty.org

9
   Attorneys for Defendant
10 CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; City of San Francisco Police Officer; DOES 1-50, INCLUSIVE<br><br>    Defendants. | Case No. 18-cv-01071 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESET DATE BY WHICH DEFENDANTS MUST FILE THEIR RESPONSIVE PLEADINGS AND TO CONTINUE THE DEADLINE FOR EARLY NEUTRAL EVALUATION**<br><br>Trial Date:            April 22, 2019 |

**STIPULATION**

TO THE HONORABLE COURT AND CLERK: PLEASE TAKE NOTICE OF THE FOLLOWING STIPULATION:

WHEREAS, on May 30, 2018, the Court ordered the parties to participate in an Early Neutral Evaluation ("ENE") within 90 days. Dkt. No. 23.

WHEREAS, on August 3, 2018, the parties participated in a pre-mediation phone conference with Evaluator Rachel Ehrlich to discuss available dates to hold the ENE. Dkt. No. 30.

1     WHEREAS, on August 6, 2018, Plaintiff filed a First Amended Complaint. Dkt. No. 32.

2     WHEREAS, on August 10, 2018, Plaintiff filed an ex-parte motion to file a Second Amended Complaint. Dkt. Nos. 33-38.

4     WHEREAS, on August 14, 2018, Plaintiff and Defendant met and conferred and the parties mutually agreed to permit Defendant Flint Paul a two-week extension to answer Plaintiff's First Amended Complaint on September 10, 2018.

7     WHEREAS, on August 14, 2018, the Plaintiff and Defendant confirmed a date currently available before Evaluator Rachel Ehrlich for an ENE on Monday, November 26, 2018.

9     WHEREAS, on August 15, 2018, the motion for leave to file Plaintiff's Second Amended Complaint was scheduled to be heard on Thursday, November 1, 2018 at 2:00 p.m. at 1301 Clay Street, Courtroom 2, 4th Floor, Oakland, CA.

12     WHEREAS, in light of the foregoing, Plaintiff ANTHONY ECONOMUS and Defendant CITY AND COUNTY OF SAN FRANCISCO by and through their respective attorneys of record hereby stipulate and respectfully request Defendant Flint Paul be permitted to file an Answer to Plaintiff's First Amended Complaint on or before September 10, 2018 and that the deadline to complete Early Neutral Evaluation be extended to December 14, 2018.

Dated: August 24, 2018

                              DENNIS J. HERRERA
                              City Attorney
                              CHERYL ADAMS
                              Chief Trial Deputy
                              BRIAN P. CEBALLO
                              REBECCA A. BERS
                              Deputy City Attorneys


                     By:    */s/ Brian P. Ceballo*
                              BRIAN P. CEBALLO

                              Attorneys for Defendant
                              CITY AND COUNTY OF SAN FRANCISCO

Dated: August 24, 2018

THE LAW OFFICES OF JOHN L. BURRIS

By: */s/ Patrick M. Buelna*
    PATRICK M. BUELNA

Attorneys for Plaintiff
ANTHONY ECONOMUS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the foregoing ordered:

Defendant's Answer to First Amended Complaint     September 10, 2018

Early Neutral Evaluation:                                          on or before December 14, 2018

IT IS SO ORDERED.

Dated: __9/14/2018__                    _____
                                                    THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                                    UNITED STATES DISTRICT COURT JUDGE