UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>　　　　　Defendants. | Case No.: 4:18-01071 HSG<br><br>**ORDER TO EXTEND FACT AND EXPERT DISCOVERY DEADLINES** |

**ORDER**

IT IS HEREBY ORDERED that the parties' stipulation for an extension of fact and expert discovery deadlines is granted.

The new dates will be:

(A) Non-Monell Fact Discovery Deadline – January 7, 2019

(B) Expert Opening Reports – January 20, 2019

(C) Expert Rebuttal Reports – February 8, 2019

(D) Close of Expert Discovery – February 22, 2019

IT IS SO ORDERED.

　　　　　　　　　　　　　　　Dated: 11/29/2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE JUDGE HAYWOOD S. GILLIAM, JR.