1 DENNIS J. HERRERA, State Bar #139669
City Attorney
2 CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 BRIAN P. CEBALLO, State Bar #243828
REBECCA A. BERS, State Bar #287111
4 Deputy City Attorneys
Fox Plaza
5 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 Telephone:  (415) 554-3911 [Ceballo]
Telephone:  (415) 554-4224 [Bers]
7 Facsimile:  (415) 554-3837
E-Mail:  brian.ceballo@sfcityatty.org
8 E-Mail:  rebecca.bers@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SGT. FLINT PAUL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; City of San Francisco Police Officer; DOES 1-50, INCLUSIVE<br><br>   Defendants. | Case No. 18-cv-01071 HSG<br><br>**STIPULATION AND ORDER RESETTING DISPOSITIVE MOTION SCHEDULE**<br><br>Trial Date:        April 22, 2019 |

**STIPULATION**

Prior to November 26, 2018, the operative case schedule specified the last date to file dispositive motions was January 22, 2019, and the last date to hear dispositive motions was February 28, 2019. (Dkt. 24.) On November 26, 2018, this Court rescheduled the hearing on the dispositive motion to March 7, 2019. (Dkt. 47.) The Court further granted the parties' stipulation to continue

1 discovery dates, which continued the deadline for fact discovery until January 7, 2019, and expert
2 discovery until February 22, 2019. (Dkt. 51.)
3     The parties, through counsel, have met and conferred and agree to continue the deadline to file
4 dispositive motions to January 31, 2019.

5 Dated: December 5, 2018

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
BRIAN P. CEBALLO
REBECCA A. BERS
Deputy City Attorneys

By: */s/ Brian P. Ceballo*
    BRIAN P. CEBALLO

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SGT. FLINT PAUL

Dated: December 5, 2018

THE LAW OFFICES OF JOHN L. BURRIS

By: */s/ Patrick M. Buelna*
    PATRICK M. BUELNA

Attorneys for Plaintiff
ANTHONY ECONOMUS

**ORDER**

PURSUANT TO STIPULATION, the deadline to file dispositive motions shall be January 31, 2019.

IT IS SO ORDERED.

Dated: 12/6/2018

*[signature: Haywood S. Gilliam Jr.]*
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE