DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
REBECCA A. BERS, State Bar #287111
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4224 [Bers]
Telephone:    (415) 554-3975 [Stevens]
Facsimile:    (415) 554-3837
E-Mail:       rebecca.bers@sfcityatty.org
E-Mail:       ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND SGT. FLINT PAUL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; City of San Francisco Police Officer; DOES 1-50, INCLUSIVE<br><br>Defendants. | Case No. 18-cv-01071 HSG<br><br>**STIPULATION AND ORDER REGARDING EXPERT DISCOVERY SCHEDULE**<br><br>Trial Date:                April 22, 2019 |

**STIPULATION**

Expert discovery is currently scheduled to close on February 22, 2019. The parties have met and conferred extensively about scheduling expert depositions, and have largely succeeded in scheduling the necessary depositions within the discovery period. Defendants have subpoenaed the six treating physicians that Plaintiff has identified as non-retained experts; however, despite

Defendants' attempts to schedule depositions prior to the close of discovery, all six non-retained experts are unable to attend deposition during the normal expert discovery period.

The parties, through counsel, have met and conferred and agree to continue expert discovery until March 8, 2019, only as to the depositions of the following non-disclosed experts:

1. Nisha Kuar Chaunan, M.D.;
2. Ninveh Omlin, M.D.;
3. Craig Theodore Yee, M.D.;
4. Stephanie Lovell-Rose, M.D.;
5. Tom Whang, M.D.;
6. Fernando Maldonado, M.D..

Dated: February 19, 2019

                                        DENNIS J. HERRERA
                                        City Attorney
                                        CHERYL ADAMS
                                        Chief Trial Deputy
                                        REBECCA A. BERS
                                        RYAN STEVENS
                                        Deputy City Attorneys

                             By: /s/ Rebecca A. Bers
                                    REBECCA A. BERS

                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO
                                        AND SGT. FLINT PAUL

Dated: February 19, 2019

                                        THE LAW OFFICES OF JOHN L. BURRIS

                             By: /s/ Patrick M. Buelna
                                    PATRICK M. BUELNA

                                        Attorneys for Plaintiff
                                        ANTHONY ECONOMUS

# ORDER

PURSUANT TO STIPULATION, the expert discovery deadline shall be March 8, 2019 only as to Nisha Kuar Chaunan, M.D.; Ninveh Omlin, M.D.; Craig Theodore Yee, M.D.; Stephanie Lovell-Rose, M.D.; Tom Whang, M.D.; Fernando Maldonado, M.D.. All other expert discovery shall occur within the previously set expert discovery period.

IT IS SO ORDERED.

Dated: February 21, 2019

_____
THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT COURT JUDGE