DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
REBECCA A. BERS, State Bar #287111
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4224 [Bers]
Telephone: (415) 554-3975 [Stevens]
Facsimile: (415) 554-3837
E-Mail: rebecca.bers@sfcityatty.org
E-Mail: ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND FLINT PAUL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; City of San Francisco Police Officer; DOES 1-50, INCLUSIVE<br><br>Defendants. | Case No. 18-cv-01071 HSG<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO BRING MORE THAN FIVE MOTIONS IN LIMINE**<br><br>Trial Date: April 22, 2019 |

**ORDER**

For good cause shown, DEFENDANTS may bring seven (7) motions in limine, including *Daubert* motions.

IT IS SO ORDERED.

Dated: March 22, 2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE