DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
REBECCA A. BERS, State Bar #287111
RYAN STEVENS, State Bar #306409
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4224 [Bers]
Telephone:    (415) 554-3975 [Stevens]
Facsimile:    (415) 554-3837
E-Mail:       rebecca.bers@sfcityatty.org
E-Mail:       ryan.stevens@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND FLINT PAUL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; City of San Francisco Police Officer; DOES 1-50, INCLUSIVE<br><br>　　　Defendants. | Case No. 18-cv-01071 HSG<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CAUSE OF ACTION FOR BATTERY AGAINST ALL DEFENDANTS**<br><br>Trial Date:　　　　April 22, 2019 |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their respective designated counsel, that pursuant to FRCP 41(a)(1), Plaintiff will dismiss his state law claim of Battery in his operative Complaint against all Defendants, with prejudice. It is further stipulated that all parties shall bear their own attorney's fees and costs as to these dismissed claims.

IT IS SO STIPULATED.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: XXX 0, 0000

                                          DENNIS J. HERRERA
                                          City Attorney
                                          CHERYL ADAMS
                                          Chief Trial Deputy
                                          REBECCA A. BERS
                                          RYAN STEVENS
                                          Deputy City Attorneys

                                By: /s/ *Ryan Stevens*
                                          RYAN C. STEVENS

                                          Attorneys for Defendants
                                          CITY AND COUNTY OF SAN FRANCISCO
                                          AND FLINT PAUL

Dated: XXX 0, 0000

                                          LAW OFFICES OF JOHN L. BURRIS
                                          ADANTE POINTER
                                          PATRICK BUELNA

                                By: */s/ Patrick Buelna*
                                          PATRICK BUELNA

                                          Attorneys for Plaintiff
                                          ANTHONY ECONOMUS

**ORDER**

Pursuant to the parties' stipulation, it is hereby ORDERED that Plaintiff's state law claim of Battery in his operative Complaint, is hereby dismissed as against all Defendants, with prejudice. It is further stipulated that all parties shall bear their own attorney's fees and costs as to this dismissed claim.

IT IS SO ORDERED.

Dated: April 1, 2019

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE