UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY ECONOMUS, | |
|---|---|
| Plaintiff, | Case No. 18-cv-01071-HSG |
| v. | **JUDGMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

Judgment is hereby entered consistent with the Court's Order on Defendants' Motion for Summary Judgment and Defendants' and Plaintiff's Motions to File Under Seal,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 3rd day of April, 2019.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.