UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ECONOMUS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01071-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON DEFENDANTS' COSTS**<br><br>Re: Dkt. Nos. 188, 197, 198 |

　　　　The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Defendants' Costs, as well as objections to the report. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　　IT IS HEREBY ORDERED that the Defendants are not awarded costs in this matter. This order terminates Docket Number 198.

　　　　**IT IS SO ORDERED.**

Dated: 7/22/2019

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge